# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS DUPREE HARRIS,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>Defendant. | Case No. ED CV 16-00543 FMO (AFM)<br><br>**ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PROSECUTE** |

By Order Re: Procedures in Social Security Appeal filed March 28, 2016 (ECF No. 9), plaintiff was ordered to file a Memorandum in Support of Plaintiff's Complaint within thirty-five (35) days after service of defendant's responsive pleading. (Order, ¶ 5a.) Defendant filed and served her Answer on August 16, 2016. On September 8, 2016, the parties stipulated that plaintiff shall have "up to and including September 6, 2016, to submit Plaintiff's Settlement Letter and all other dates are adjusted accordingly. Plaintiff's final reply Memorandum will be filed December 20, 2016." Based on a due date of December 20, 2016 for the Reply, the Memorandum in Support of Plaintiff's Complaint was due on or before November 1, 2016. The docket sheet shows that, as late as the date of this Order,

plaintiff has not filed a Memorandum in Support of Plaintiff's Complaint and has thus failed to comply with the Court's Order.

Accordingly, IT IS ORDERED that within 20 days of the filing date of this Order, plaintiff shall show cause in writing why this action should not be dismissed for failure to prosecute. If plaintiff fails to respond to this Order within the time specified, it will be deemed to be consent to a dismissal. The filing of a Plaintiff's Memorandum in Support of Complaint within 20 days shall discharge the order to show cause.

DATED: 11/7/2016

_____
ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE